**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| MAGGIE NEWTON, | : | CHAPTER 13 |
|     Debtors | : | CASE NO. 18-50945 |
| MAGGIE NEWTON, | : | |
|     Plaintiffs | : | |
| v. | : | Adv. Proc. No. _____ |
| LVNV FUNDING, LLC, (SHELLPONT MORTGAGE SERVICING) | : | |
|     Defendant | : | |

## **COMPLAINT TO DETERMINE EXTENT OF LIEN**

**COMES NOW THE DEBTOR/PLAINTIFF**, and shows the Court the following:

1.

This is an action to determine the extent of a lien pursuant to 11 U.S.C. § 506 (a).

2.

The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 157(b)(1); 157(b)(2)(K); and 1334(b).

3.

Pursuant to Bankruptcy Rule 7008, the Plaintiff declares this to be a core proceeding and requests the Bankruptcy Court to make a final order or judgment in this proceeding.

4.

Debtor filed this bankruptcy proceeding under Chapter 13 on May 18, 2018.

5.

Defendant LVNV Funding, LLC is a creditor which has filed an Objection in this case. Defendant's servicer is Shellpoint Mortgage Servicing, listed on the Schedules filed by Debtor.

6.

At the time of the filing the Debtor owned certain real property, her principal residence, at 3805 Andrews Drive, Macon, Georgia, (hereinafter referred to as the "said property").

**A. G. Knowles**
Attorney at Law
Suite 202
544 Mulberry Street
Macon, Georgia 31201-2798
_____
(478)741-7900

7.

Said property was at the time of the filing of this case appraised by the Bibb County Tax Commissioner's Office with a value of $27,817.   (Exhibit 1).

8.

Said property was collateral for a  mortgage with Bank America/Ocwen Loan Servicing, which holds a claim in the amount of $39,949.

9.

Said property was also collateral for a second mortgage with the Defendant, which hold a claim in the approximate amount of $10,640.31

10.

Debtor shows that the security interest evidenced by Respondent's  mortgage is not supported by value and is void.

**WHEREFORE**, Debtors pray that the Court enquire into this matter and determine the extent of the lien held by the Defendant.

WHEREFORE, Debtor prays of the Court as follows:

A. That this Court determine that the Defendant has no secured interest for the loan secured by the second deed of trust on the residential real estate of the Debtor;

B. That this Court order the Defendant to cancel the mortgage lien on the residential real estate of the Debtor pursuant to 11 U.S.C. Section 506(d), immediately upon the entry of the Discharge Order and deliver the same to the attorney for the Debtor within 20 days from the date of the entry of the said Order at no charge or fee for the aforesaid cancellation and delivery;

C. That immediately upon the entry of the Discharge Order that Defendant cause to be properly recorded in the County Bibb, a  release of lien, or cancellation or lien, or some other document indicated that the residential real estate is no longer subject to Defendant's lien;

D. That the attorney for the Plaintiff be awarded reasonable legal fees;

E. That the Plaintiff recover her costs and expenses from the Defendant; and

F. That the Plaintiff have such other and further relief as to the Court may seem just and proper.

**A. G. Knowles**
Attorney at Law
Suite 202
544 Mulberry Street
Macon, Georgia  31201-2798
_____
(478)741-7900

|  |  |
|---|---|
|  7/23/18 |  /s/  A. G. Knowles |
| **Date** | **A. G. Knowles** |
| | **State Bar No. 426642** |
| | **Attorney for the Debtor/Plaintiff** |

**A. G. Knowles**
Attorney at Law
Suite 202
544 Mulberry Street
Macon, Georgia  31201-2798
–––––––
(478)741-7900