**SO ORDERED.**

**SIGNED this 19 day of April, 2019.**



*Austin E. Carter*
**Austin E. Carter
United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | |
| | : | |
| MAGGIE NEWTON, | : | CHAPTER 13 |
|     Debtors | : | CASE NO. 18-50945 aec |
|         xxx-xx-7966 | : | |
| vs. | : | |
| LVNV FUNDING, LLC. | : | |
|     Respondent | : | |

## ORDER DISALLOWING CLAIM No. 3

The Objection of the Debtor to claim number 3 filed by LVNV Funding, LLC, having been served upon the Respondent and other parties of interest, and a response to said objection having been filed, and after a hearing it is hereby

**ORDERED** that the Objection to Claim is sustained and this claim is hereby disallowed.

*END OF DOCUMENT*

Order prepared by:
A. G. Knowles
State Bar No. 426642
The Knowles Law Firm, P.C.
544 Mulberry St., ste. 202
Macon, GA 31201
(478) 741-7900